**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

JOSE N. VALDEZ                                                    CIVIL ACTION

VERSUS                                                           NO: 04-1124

LABORDE MARINE LIFTS, INC.                                       SECTION: "K"(3)

## ORDER

For the reasons assigned in open Court during Oral Argument held on November 1, 2006,

the Court finds that there is a genuine issue of material fact as to whether Mr. Valdez has not

reached maximum medical improvement. Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Partial Summary Judgment (Rec.Doc.No.

47) is hereby **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff file a motion for expedited hearing on

whether Mr. Valdez has reached maximum medical improvement.

New Orleans, Louisiana, on this __2nd__ day of November, 2006.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE