**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**JOSE NORBERTO VALDEZ**                                              **CIVIL ACTION**

**VERSUS**                                                                        **NO. 04-1124**

**LABORDE MARINE LIFTS, INC. and**                      **SECTION: "K"(3)**
**BP AMERICA PRODUCTION COMPANY**


<u>**ORDER**</u>

CONSIDERING THE ABOVE AND FOREGOING MOTION,

IT IS HEREBY ORDERED that the Motion for Entry of Final Judgment pursuant to

Federal Rule of Civil Procedure 54(b) filed herein by BP America Production Company be and

is hereby GRANTED.  The Court makes its ruling upon BP America Production Company's

express direction for the entry of judgment, and upon the Court's express determination that

there is no just reason for delay in issuing this judgment.  A final judgment dismissing all claims

against BP America Production Company with prejudice is hereby entered.


New Orleans, Louisiana, on this   29th  day of August, 2007.

_____

**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**