# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOSE NORBERTO VALDEZ** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO: 04-1124** |
| **LABORDE MARINE LIFTS, INC.** | * | **SECTION: "K"(3)** |

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the Defendant's Motion (Rec. Doc. 133) is **GRANTED** in the total amount of **$19,604.46**, as specifically set forth in Magistrate Judge Knowles' Report and Recommendation (Rec. Doc. 134), representing the total amount due as reimbursement of payments made by the plaintiff and plaintiff's counsel for medical treatment/cure pursuant to the terms of the settlement agreement.

New Orleans, Louisiana, this  4th  day of _____March_____, 2008.

_____
UNITED STATES DISTRICT JUDGE